STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIVEEDU INC., <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU,[1] in her official capacity as Director, U.S. Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | No. 4:20-cv-8015-KAW <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER (AS MODIFIED)** <br><br> Hon. Kandis A. Westmore |

The parties, through their undersigned attorneys, submit this joint status report regarding U.S. Citizenship and Immigration Services' ("USCIS") adjudication of Plaintiff LiveEdu Inc.'s Form I-129, Petition for a Nonimmigrant Worker on behalf of Dr. Machel J. Garbade ("O-1 petition"). USCIS has completed adjudication of Plaintiff's reopened O-1 petition, and the parties have reached an agreement regarding the administrative resolution of this case. USCIS will approve Plaintiff's O-1 petition and the parties will stipulate to dismissal of this case with each party bearing its own fees and costs.

Accordingly, the parties respectfully request the Court to continue the stay of proceedings in this

---

[1] Ur M. Jaddou automatically is substituted for Tracy Renaud as a party in accordance with Federal Rules of Civil Procedure 25(d).

case for a limited time, until September 7, 2021. The additional time is necessary to allow USCIS to issue the approval notices and the parties to prepare a stipulation to dismiss the case. Because the agency's action will render further litigation of this case unnecessary and moot, the parties conferred and agree that judicial economy would best be served by continuing the stay of the litigation deadlines in this case until the administrative proceeding underlying this matter is resolved.

DATED:  August 24, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

DATED:  August 24, 2021

*s/ Bradley B. Banias*
BRADLEY B. BANIAS
Attorney
Wasden Banias

*Attorney for Plaintiffs*

### ORDER (AS MODIFIED)

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the stay of proceedings in this case be continued until September 17, 2021.

IT IS SO ORDERED AS MODIFIED.

DATED:  September 10, 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge